UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LORRAINE CLINE, RENE' HAYE, BONNIE      :
BERNARD, DONNA FLECK, GERALDINE         :
MATARAS, SHARON WESTFALL,               :
                                        :
     Plaintiffs,                        :   Civil Action
v.                                      :   No. 04-11185-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
     Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 23, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.